# **EXHIBIT E**

**Travelers' Payment Spreadsheet as of Sept. 10, 2024**

| TrxNo | Check | Input Date | Indemnity | Expense | Total | Payee | Stub |
|---|---|---|---|---|---|---|---|
| 19 | 2155912 | 2024/08/30 | $0.00 | $731.50 | $731.50 | Watt Tieder Hoffar & Fitzgerald, LLP | Invoice 1299881  $731.50 |
| 18 | 2156024 | 2024/08/30 | $0.00 | $42,711.50 | $42,711.50 | Watt Tieder Hoffar & Fitzgerald, LLP | Invoice 1299880; 1301155; 1300649 |
| 17 | 2154420 | 2024/08/09 | $0.00 | $1,445.50 | $1,445.50 | Manier & Herod, PC | Invoice 566806; 565317 |
| 16 | 2152528 | 2024/07/31 | $3,500,000.00 | $0.00 | $3,500,000.00 | U.S. General Services Administration | RRB phase 5 and 6; Payment 1, per Tripartite Agrmt dated 7/26/24 |
| 15 | 2150198 | 2024/07/10 | $205,052.75 | $0.00 | $205,052.75 | Leo A Daly | final release and assignment |
| 14 | 2150164 | 2024/07/05 | $0.00 | $4,243.00 | $4,243.00 | Etcheverry Harrison, LLP | Invoice 27989; 27881; 27798 |
| 13 | 2145791 | 2024/05/30 | $24,000.00 | $0.00 | $24,000.00 | Hatzel & Buehler, Inc. | Full and Final settlement (second claim asserted for phase 5) |
| 12 | 2145662 | 2024/05/28 | $0.00 | $34,611.50 | $34,611.50 | Watt Tieder Hoffar & Fitzgerald, LLP | Invoice 1298571; 1298029; 1299244 |
| 11 | 2145661 | 2024/05/28 | $0.00 | $25,987.00 | $25,987.00 | Watt Tieder Hoffar & Fitzgerald, LLP | Invoice 1299243; 1298570; 1298028 |
| 10 | 2144037 | 2024/05/14 | $59,614.00 | $0.00 | $59,614.00 | Central Glass DC. | full and final |
| 9 | 2144096 | 2024/05/14 | $831,000.00 | $0.00 | $831,000.00 | Hatzel & Buehler, Inc. | Full and Final |
| 7 | | 2024/04/03 | $0.00 | $39.43 | $39.43 | Employee Travel | 0200 Mar 26, 2024 50CD3D69C435479896D5 |
| 6 | | 2024/04/02 | $0.00 | $1,183.67 | $1,183.67 | Employee Travel | 0200 Mar 12, 2024 F98BF8081F5F4D14821E |
| 5 | | 2024/04/02 | $0.00 | $65.15 | $65.15 | Employee Travel | 0200 Mar 12, 2024 1A307CB1C7F14AD88E15 |
| 4 | | 2024/03/07 | $0.00 | $309.30 | $309.30 | Employee Travel | 0200 Feb 21, 2024 BA14961DA6D54C8F8FF5 1166 |
| 3 | | 2024/03/07 | $0.00 | $183.81 | $183.81 | Employee Travel | 0200 Feb 21, 2024 2101A88F88D04C9F9363 0883 |
| 2 | | 2024/03/07 | $0.00 | $630.93 | $630.93 | Employee Travel | 0200 Feb 21, 2024 A7B7706530474841A97F 0000 |
| **TOTAL** | | | **$4,619,666.75** | **$112,142.29** | **$4,731,809.04** | | |