# **<u>EXHIBIT 1</u>**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS A. ACOSTA;<br>ANGELA P. ACOSTA; and<br>REPAINTEX COMPANY,<br><br>Defendants. | Civil Action No. 1:24-cv-01876 |

## DECLARATION OF ANGELA P. ACOSTA

State of Florida      )
                      )    SS
Miami-Dade County )

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. My name is Angela P. Acosta. I am over 18 years of age and am competent to testify as a witness.

2. On October 31, 2024, I was served with the Summons and Complaint in the above-captioned matter. After being served with the Summons and Complaint, I called Carlos A. Acosta, my ex-husband. During this phone call, Mr. Acosta told me, in so many words, that he was going to be taking actions to avoid liability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing factual statements are true and correct to the best of my knowledge and belief.

Executed on this  13  day of January, 2025.

_____
Angela P. Acosta