# **<u>EXHIBIT 3</u>**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 05287511
Filing Number: 2411047876472
Filing Date/Time: 11/04/2024 10:16 AM
Effective Date/Time: 11/04/2024 10:16 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | REPAINTEX COMPANY | Entity Type: | Stock Corporation |
| Entity ID: | 05287511 | Formation Date: | 10/20/1999 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1000 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | RA Qualification: | Director of the Corporation |
| Name: | CARLOS ACOSTA | Registered Office Address: | 722 E Market St Ste 102, Leesburg, VA, 20176 - 4475, USA |
| Locality: | LOUDOUN COUNTY | | |

### Principal Office Address

Address: Carlos Acosta, 722 E Market St Ste 102, Leesburg, VA, 20176 - 4475, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| President | Yes | CARLOS ACOSTA | 1711 BISCAYNE BLVD 220 S, AVENTURA, FL, 33160 - 0000, USA |

### Signature Information

Date Signed: 11/04/2024

☑ I affirm that the information contained in this report is accurate and complete as of the date of this filing and that the person signing is authorized to sign the annual report.

| Printed Name | Signature | Title |
|---|---|---|
| Carlos Acosta | Carlos Acosta | President |