# **EXHIBIT 4**

# 2024 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F15000001108

**Entity Name:** REPAINTEX COMPANY

**FILED**
**Jan 31, 2024**
Secretary of State
6232012189CC

**Current Principal Place of Business:**

722 E. MARKET ST. SUITE 102-A28
LEESBURG, VA 20176

**Current Mailing Address:**

722 E. MARKET ST. SUITE 102-A28
LEESBURG, VA 20176 US

**FEI Number:** 54-1863053                                             **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

ACOSTA, CARLOS
17111 BISCAYNE BLVD
UNIT 2205
AVENTURA, FL 33160 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CARLOS ACOSTA                                                      01/31/2024
           Electronic Signature of Registered Agent                                   Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | ACOSTA, CARLOS |
| Address | 17111 BISCAYNE BLVD 2205 |
| City-State-Zip: | AVENTURA  FL  33160 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLOS ACOSTA                          PRESIDENT                  01/31/2024
           Electronic Signature of Signing Officer/Director Detail                     Date