# **EXHIBIT 5**

# AFFIDAVIT OF NON-SERVICE

| Case: 1:24-cv-01876 | Court: United States District Court for the Eastern District of Virginia | County: Alexandria (City), VA |
|---|---|---|
| **Plaintiff / Petitioner:** Travelers Casualty and surety Company of America | | **Defendant / Respondent:** Carlos A. Acosta, Angela P. Acosta; and Repaintex Co. |
| **To be served upon:** Repaintex Company | | |

I, Max Molina, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Repaintex Company, 116 Edwards Ferry Road Northeast Suite H, Leesburg, VA 20176
**Manner of Service:** Unsuccessful Attempts
**Documents:** Complaint ; Exhibits (Received Oct 28, 2024 at 2:34pm EDT), Summons in A Civil Action; Notice (Received Oct 28, 2024 at 2:34pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Oct 29, 2024, 12:22 pm EDT at 722 East Market Street Suite 102, Leesburg, VA 20176
The company, Repaintex Company, is not located at this address. I was unable to find anyone at this address to discuss and get any possible information on a new address for this company.

2) Unsuccessful Attempt: Oct 30, 2024, 12:39 pm EDT at 722 East Market Street Suite 102, Leesburg, VA 20176
Basilia, a 45-year-old Caucasian woman, answered the office door this time. She confirmed that the company in question rents a space there but has never been on-site. Basilia mentioned that her company manages information for over 100 clients but is not authorized to accept subpoenas on their behalf.

I will try the alternate address of 116 Edwards Ferry Road Northeast Suite H Leesburg, VA 20176

3) Unsuccessful Attempt: Oct 30, 2024, 12:54 pm EDT at 116 Edwards Ferry Road Northeast Suite H, Leesburg, VA 20176
The office at the other address, 116 Dominion Ferry #H, is closed and locked. The neighboring business indicated that they do not come in every day.

_Max Molina_   11/04/2024
Max Molina
Process Server

Served By Elite
8200 Greensboro Dr Suite 900
McLean, VA 22102
(703) 556-5656

Subscribed and sworn to before me by the affiant who is personally known to me.

_Asunta Veronica Roldan_
Notary Public
11/04/2024    June 30, 2025
Date          Commission Expires

ASUNTA VERONICA ROLDAN
NOTARY PUBLIC
REGISTRATION # 7923206
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2025