# **<u>EXHIBIT 6</u>**



# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 11/15/2024



## PROPERTY INFORMATION

| | |
|---|---|
| Folio | 06-2228-012-0520 |
| Property Address | 12911 OLEANDER RD<br>NORTH MIAMI, FL 33181-2316 |
| Owner | CARLOS ACOSTA , LISSY MORALES ESPINO |
| Mailing Address | 12911 OLEANDER RD<br>NORTH MIAMI, FL 33181 |
| Primary Zone | 0900 SGL FAMILY - 1901-2100 SQ |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths /Half | 4 / 3 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 3,126 Sq.Ft |
| Living Area | 2,050 Sq.Ft |
| Adjusted Area | 2,660 Sq.Ft |
| Lot Size | 8,550 Sq.Ft |
| Year Built | 2023 |

## ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $1,410,419 | $1,303,601 | $769,511 |
| Building Value | $904,400 | $0 | $138,860 |
| Extra Feature Value | $42,500 | $29,115 | $34,253 |
| Market Value | $2,357,319 | $1,332,716 | $942,624 |
| Assessed Value | $1,678,883 | $738,683 | $717,168 |

## BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $678,436 | $594,033 | $225,456 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $1,628,883 | $688,683 | $667,168 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $1,653,883 | $713,683 | $692,168 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $1,628,883 | $688,683 | $667,168 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $1,628,883 | $688,683 | $667,168 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 11/15/2024

## Property Information

**Folio:** 06-2228-012-0520

**Property Address:** 12911 OLEANDER RD

## Roll Year 2024 Land, Building and Extra-Feature Details

### LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-1 | 0900 | Front Ft. | 75.00 | $1,410,419 |

### BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 2023 | 3,126 | 2,050 | 2,660 | $904,400 |

### EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1981 | 1 | $19,200 |
| Patio - Brick, Tile, Flagstone | 2023 | 1,240 | $13,640 |
| Dock - Wood on Light Posts | 2013 | 420 | $9,660 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 11/15/2024

## Property Information

**Folio:** 06-2228-012-0520

**Property Address:** 12911 OLEANDER RD

## Roll Year 2023 Land, Building and Extra-Feature Details

| LAND INFORMATION | | | | | |
|---|---|---|---|---|---|
| **Land Use** | **Muni Zone** | **PA Zone** | **Unit Type** | **Units** | **Calc Value** |
| GENERAL | R-1 | 0900 | Front Ft. | 75.00 | $1,303,601 |

| BUILDING INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **Building Number** | **Sub Area** | **Year Built** | **Actual Sq.Ft.** | **Living Sq.Ft.** | **Adj Sq.Ft.** | **Calc Value** |
| 1 | 1 | 9999 | 2,970 | 2,050 | 2,582 | $0 |

| EXTRA FEATURES | | | |
|---|---|---|---|
| **Description** | **Year Built** | **Units** | **Calc Value** |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1981 | 1 | $19,350 |
| Dock - Wood on Light Posts | 2013 | 420 | $9,765 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 11/15/2024

## Property Information

**Folio:** 06-2228-012-0520

**Property Address:** 12911 OLEANDER RD

## Roll Year 2022 Land, Building and Extra-Feature Details

### LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-1 | 0900 | Front Ft. | 75.00 | $769,511 |

### BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1955 | 1,897 | 1,897 | 1,897 | $138,860 |

### EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Wood Fence | 1981 | 83 | $827 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1981 | 1 | $19,500 |
| Patio - Terrazzo, Pebble | 1981 | 960 | $4,056 |
| Dock - Wood on Light Posts | 2013 | 420 | $9,870 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 11/15/2024

## Property Information

**Folio:** 06-2228-012-0520

**Property Address:** 12911 OLEANDER RD

### FULL LEGAL DESCRIPTION

28 52 42 PB 53-91
VENETIAN SECTION KEYSTONE POINT
LOT 7 RIP RTS BLK 18
LOT SIZE 75.000 X 114
OR 19195-2812 07 2000 1
COC 22198-4612 04 2004 1

### SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 11/02/2021 | $100 | 32842-4664 | Corrective, tax or QCD; min consideration |
| 09/04/2020 | $100 | 32103-3881 | Corrective, tax or QCD; min consideration |
| 03/15/2019 | $869,000 | 31474-2316 | Qual by exam of deed |
| 04/13/2012 | $492,000 | 28080-3648 | Qual by exam of deed |
| 12/20/2011 | $366,729 | 27965-0073 | Financial inst or "In Lieu of Forclosure" stated |
| 07/22/2011 | $244,900 | 27788-1624 | Financial inst or "In Lieu of Forclosure" stated |
| 04/01/2004 | $575,000 | 22198-4612 | Sales which are qualified |
| 07/01/2000 | $335,000 | 19195-2812 | Sales which are qualified |
| 07/01/1985 | $155,000 | 12579-1028 | Sales which are qualified |
| 12/01/1970 | $32,000 | 0000-0000 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp