# **EXHIBIT 7**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01876

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Carlos A Acosta</u> was received by me on *(date)* <u>Oct 28, 2024, 2:34 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>See the details of service attempts below.</u> ; or

☐ Other: <u>.</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/18/2024

*Server's signature*: [signed] JCA

Qaisar Anderson / Process Server

*Printed name and title*

32 NE 151 STREET , Miami, Fl 33162

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 4, 2024, 11:47 am EST at 12911 Oleander Road, North Miami, FL 33181
There was no answer at the residence. There were no signs anyone was inside the residence. I was on site for 10 minutes and there was no change so I left the premises.

2) Unsuccessful Attempt: Nov 7, 2024, 6:05 pm EST at 12911 Oleander Road, North Miami, FL 33181
There was no answer at the residence. There was a car parked in the driveway, but there were no lights on inside the home. I was on site for 10 minutes and there was no change so I left the premises.

3) Unsuccessful Attempt: Nov 13, 2024, 8:46 pm EST at 12911 Oleander Road, North Miami, FL 33181
There was no answer at the residence. There were no signs anyone was inside the residence. I was on site for 10 minutes and there was no change so I left the premises. The same car that has been parked at the residence on each attempt was still there and has not moved.