# **EXHIBIT 10**

Civil Action No. 1:24-cv-01876

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Repaintex Company Serve: Carlos A. Acosta</u> was received by me on *(date)* <u>Oct 28, 2024, 2:34 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☒ I returned the summons unexecuted because: <u>The current resident stated that the defendant has sold the property. Additionally, the property manager confirmed that the defendant moved out approximately eight months ago. They had no forwarding address information that could be provided.</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/27/2024

Server's signature

Tyrone Mapp / Process Server

*Printed name and title*

12864 Biscayne Boulevard #376, North Miami, FL 33181

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 27, 2024, 11:05 am EST at 17111 Biscayne Boulevard Apt. 2205, Aventura, FL 33160
The current resident stated that the defendant has sold the property. Additionally, the property manager confirmed that the defendant moved out approximately eight months ago. They had no forwarding address information that could be provided.