IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS A. ACOSTA; <br> ANGELA P. ACOSTA; and <br> REPAINTEX COMPANY, <br><br> Defendants. | Civil Action No. 1:24-cv-01876 |

**[PROPOSED] ORDER**

Upon consideration of Motion for Alternative Service (the "Motion") on Defendants Carlos A. Acosta and Repaintex Company ("Repaintex", together with Mr. Acosta, the "Repaintex Defendants") filed by Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), and for good cause shown, it is this __ day of _____, ___ hereby

**ORDERED,** that the Motion is **GRANTED**, and it is further

**ORDERED**, that Travelers may effectuate service of the Summons and Complaint on the Repaintex Defendants in the following alternative methods:

    a.    Delivery of the Summons and Complaint to each of the Repaintex Defendants by first-class mail at the following addresses:

        i.    722 E Market Street, Suite 102, Leesburg, Virginia 20176 (the "Market Street Address");

        ii.    116 Edwards Ferry Road Northeast, Suite H, Leesburg, Virginia 20176 (the "Edwards Ferry Address"); and

        iii.     12911 Oleander Rd., North Miami, Florida 33181 (the "Oleander Address");

    b.     Posting the Summons and Complaint at the Market Street Address, Edwards Ferry Address, and Oleander Address, and

    c.     Emailing the Summons and Complaint to Mr. Acosta and Repaintex using the following known email addresses belonging to Mr. Acosta and/or Repaintex: Carlos@repaintex.com.

 

                                                                                   _____

                                                                                    United States District Judge