AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01876 (PTG/WBP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Carlos A Acosta</u> was received by me on *(date)* <u>Jan 16, 2025, 10:57 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: posting to the locked metal fence of the residence which was the only and primary entrance to the property. The party to be served was not found at their usual place of abode and no family member of the party or other person was found there either, which is why service was accomplished via posting. ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/20/2025

*Server's signature*

Winston Suarez CPS#2503 / Process Server

*Printed name and title*

75 Miracle Mile 34-7964, Coral Gables, FL 33134

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 18, 2025, 2:10 pm EST at 12911 Oleander Road, North Miami, FL 33181 received by posting to the locked metal fence of the residence which was the only and primary entrance to the property. The party to be served was not found at their usual place of abode and no family member of the party or other person was found there either, which is why service was accomplished via posting.

Documents served:
ORDER, SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS