IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Travelers Casualty and Surety Company of America | ) | |
| | ) | |
| v.          Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 1:24-cv-01876-PTG-WBP |
| Repaintex Company et al | ) | |
| | ) | |
| Defendant | ) | |

**ENTRY OF DEFAULT**

    In accordance with plaintiff's request to enter default and declaration of Marguerite Lee DeVoll counsel of record for Plaintiff, the Clerk of this Court does hereby enter the default of Repaintex Company for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

    The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:     /s/
S. Williams, DEPUTY CLERK

DATED:  3/24/2025